# Order

Michigan Supreme Court
Lansing, Michigan

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161243

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SHANE JEREMY HAWKINS,
   Defendant-Appellant.

SC: 161243
COA: 339020
Monroe CC: 16-243183-FH

_____/

  By order of September 8, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the March 3, 2020 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

  The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether there is a reasonable probability that, but for trial defense counsel's failure to object to Detective Boczar's testimony, the outcome of this trial would have been different. *Strickland v Washington,* 466 US 668, 694 (1984). In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

  The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk

s0120